IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| McAFEE ENTERPRISES, INC.<br><br>                Plaintiff,<br>vs.<br><br>VTECH ELECTRONICS NORTH AMERICA, LLC,<br><br>                Defendant. | Case No.: 17-cv-6446<br><br>DEMAND FOR JURY TRIAL |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff McAfee Enterprises, Inc. ("McAfee"), by and through its undersigned attorneys, for its complaint against VTech Electronics North America, LLC ("VTech"), hereby alleges as follows:

**NATURE OF LAWSUIT**

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

**THE PARTIES**

2. McAfee is a corporation organized under the laws of the state of Tennessee and having a principal place of business at 205 Mitchell Road, Portland, Tennessee 37148.

3. McAfee owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,545,207 ("the '207 patent") entitled "Electric Drum Stroke Counting Machine," issued April 8, 2003. A copy of the '207 patent is attached as Exhibit A.

4.      Defendant VTech Electronics North America, LLC ("VTech") is an Illinois limited liability corporation with a principal place of business located at 1155 W. Dundee Road, Suite 130, Arlington Heights, Illinois 60004.  Defendant VTech resides and transacts business in this judicial district, and has offered to provide and provided in this judicial district and throughout the state of Illinois products that infringe claims of the '207 patent.

5.      Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because Defendant VTech resides in this judicial district.

## COUNT I

## PATENT INFRINGEMENT

6.      Defendant VTech has infringed claims of the '207 patent by making, using, selling, offering for sale and/or importing electric drum stroke counting machines including, but not limited to, VTech's Kidibeats Drum Set and Zoo Jamz Stompin Fun Drums (collectively, the "VTech electric drum stroke counting machines").

7.      The VTech electric drum stroke counting machines each include a drum stroke counting mode.

8.      On the Kidibeats Drum Set, the drum strike counting mode is referred to as "Numbers Jam."

9.      On the Zoo Jams Stompin Fun Drums, the drum strike counting mode is referred to as "Counting."

10.     In drum strike counting mode, the VTech electric drum stroke counting machines are drum beat counter apparatus that count the number of strikes on a surface.

11. The VTech electric drum stroke counting machines include a strike sensor that detects strikes on the surface of a drum pad. The strike sensor is in the drum pads of each device.

12. When the VTech electric drum stroke counting machines sense a strike on the surface of the drum pads, a strike signal is created.

13. The VTech electric drum stroke counting machines also include a strike counter that is electrically connected to the strike sensor that receives the strike signal.

14. The VTech electric drum stroke counting machines also include a strike counter that increments the total strikes that have occurred on the drum pads. The strike counter generates a count signal of the total count of drum strokes on the drum pads.

15. The VTech electric drum stroke counting machines also include a count information presenter that is electrically connected to the strike counter that receives the count signal and presents a representation of the total number of strikes on the surface of the drum pads.

16. The total number of strikes on the surface of the drum pads of the VTech electric drum stroke counting machines is presented with an audio announcement after each drum stroke

17. At least since the service of this lawsuit, VTech has sold and offered for sale the VTech electric drum stroke counting machines with knowledge of the '207 patent, and despite an objectively high likelihood that its actions constituted infringement of a valid patent.

18. At least since the service of this lawsuit, VTech has willfully infringed claims of the '207 patent with its sales and offers for sale of the VTech electric drum stroke counting machines.

19. At all times relevant to this action, McAfee has sold a product that practices the claims of the '207 patent and has marked that product in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks this Court to enter judgment against the Defendant, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate McAfee for the infringement that has occurred, together with prejudgment interest from the date that Defendant's infringement of the '207 patent began;

B. Treble damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to McAfee of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement of the '207 patent; and

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

McAfee demands a trial by jury on all issues presented in this Complaint.

Dated: September 6, 2017　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Anthony E. Dowell
　　　　　　　　　　　　　　　　　　Anthony E. Dowell
　　　　　　　　　　　　　　　　　　aedowell@dowellip.com
　　　　　　　　　　　　　　　　　　DOWELL IP
　　　　　　　　　　　　　　　　　　333 W. North Ave #341
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60610
　　　　　　　　　　　　　　　　　　Phone: (773) 687-9886

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**McAFEE ENTERPRISES, INC.**